IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JACQLYN SMITH, | ) |
| Plaintiff(s), | ) 2:09-cv-2142-RLH-LRL |
| vs. | ) |
| | ) **SETTLEMENT CONFERENCE** |
| CLARK COUNTY, *etc., et al.,* | ) |
| | ) **ORDER** |
| Defendant(s), | ) |

This case is currently stacked on the calendar of ___October 3, 2011___ for a jury trial.

ACCORDINGLY, IT IS ORDERED that this case is hereby referred to Magistrate Judge ___LAWRENCE R. LEAVITT___ for a settlement conference.

DATED this _5th_ day of _July_, _2011_.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE