# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JACQLYN SMITH, | |
| Plaintiff, | 2:09-cv-02142-RLH-VCF |
| vs. | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

Before the Court is *Jacqlyn Smith v. Clark County School District*, case no. 2:09-cv-02142-RLH-VCF.

Pursuant to the Order on Mandate (#75),

IT IS HEREBY ORDERED that a status conference is scheduled for 11:00 a.m., October 4, 2013, in Courtroom 3D.

DATED this 19th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE